**Kenneth Syncere RIVERA, a/k/a Kenneth D. Rivera, a/k/a Kenneth Rivera, Plaintiff-Appellant,**

v.

**Bryan STIRLING, Director; Joseph McFadden, Warden; Ryshema Davis, Nutritionist IV; Mr. Jones, FSS IV; Mr. Contino, Chaplain, Defendants-Appellees.**

No. 16-7072

United States Court of Appeals,
Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Kenneth Syncere Rivera, Appellant Pro Se. Stephanie Holmes Burton, Gibbes & Burton, LLC, Spartanburg, South Carolina, for Appellees.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. Because the record discloses that Rivera failed to properly exhaust his administrative remedies as required under 42 U.S.C. § 1997e (2012), we affirm the dismissal without prejudice of his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED